**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 03-7471**

———————

HASSAN SHABAZZ, a/k/a R. Sydnor,

                              Petitioner - Appellant,

        versus

D. A. BRAXTON, Warden,

                              Respondent - Appellee.

———————

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  Henry E. Hudson, District Judge.  (CA-03-177-3)

———————

Submitted:  March 12, 2004          Decided:  March 31, 2004

———————

Before WIDENER, LUTTIG, and SHEDD, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

Hassan Shabazz, Appellant Pro Se.  Mark Ralph Davis, OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Hassan Shabazz seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C. § 2254 (2000). We have independently reviewed the record and conclude that Shabazz has not made a substantial showing of the denial of a constitutional right. See Miller-El v. Cockrell, 537 U.S. 322 (2003). Accordingly, we deny a certificate of appealability and dismiss the appeal. See 28 U.S.C. § 2253(c) (2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED